Richard F. Holley, Esq. (NV Bar No. 3077)
Email: rholley@nevadafirm.com
Andrea M. Gandara, Esq. (NV Bar No. 12580)
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

E-filed: March 31, 2021

*Attorneys for Alina Hua, Chin Lin Hua, and Christine Waage*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>CENTURIA FOODS, INC.,<br><br>Debtor. | Case No. 21-50046-btb<br>Chapter 11<br><br>**NOTICE OF ELECTION BY ALINA HUA, CHIN LIN HUA, AND CHRISTINE WAAGE UNDER 11 U.S.C. §1111(b) TO BE TREATED AS FULLY SECURED FOR THE PURPOSES OF CHAPTER 11 PLAN OF REORGANIZATION** |

In accordance with 11 U.S.C. § 1111(b), Secured Creditors Alina Hua, Chin Lin Hua, and Christine Waage, by and through counsel, Richard F. Holley, Esq. and Andrea M. Gandara, Esq., of the law firm Holley Driggs, hereby elect to have their claims (*see* Proofs of Claim 3, 4, and 5) treated as fully secured claims for purposes of the Chapter 11 Plan of Reorganization in the above-referenced case.

Dated this 31st day of March, 2021.

**HOLLEY DRIGGS**

/s/Andrea M. Gandara
Richard F. Holley, Esq.
Nevada Bar No. 3077
Andrea M. Gandara, Esq.
Nevada Bar No. 12580
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Alina Hua, Chin Lin Hua, and Christine Waage*

14255-02/2575603.docx

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Holley Driggs, and that on the 31st day of March, 2021, I caused to be served a true and correct copy of NOTICE OF ELECTION BY ALINA HUA, CHIN LIN HUA, AND CHRISTINE WAAGE UNDER 11 U.S.C. §1111(b) TO BE TREATED AS FULLY SECURED FOR THE PURPOSES OF CHAPTER 11 PLAN OF REORGANIZATION in the following manner:

☒ (ELECTRONIC SERVICE)  Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/Madeline VanHeuvelen
An employee of Holley Driggs

14255-02/2575603.docx